Robert M. Bodzin, State Bar No. 201327
Derek H. Lim, State Bar No. 209496
Kevin M. Larson, State Bar No. 245324
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 11th Floor
Oakland, California  94612
Telephone:     (510) 444-6800
Facsimile:     (510) 835-6666
Email:  rbodzin@burnhambrown.com
        dlim@burnhambrown.com
        klarson@burnhambrown.com

Attorneys for Defendant
R&D MEDIA NORTH AMERICAS B.V.
d/b/a GLOMOBI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| WILLIAM PFROMMER and MICHAEL WATSON, individually and on behalf of a class of similarly situated individuals<br><br>Plaintiffs,<br><br>v.<br><br>R&D MEDIA NORTH AMERICAS B.V. D/B/A GLOMOBI, a Dutch company, MBLOX, INC., a Delaware corporation,<br><br>Defendants. | Action No. 1:09-cv-01442-LJO-GSA<br>[Stanislaus County Superior Court Action No. 636593]<br><br>**ORDER REGARDING STIPULATION TO CONTINUE HEARING ON PLAINTIFFS' MOTION TO REMAND AND TO CONTINUE INITIAL SCHEDULING CONFERENCE**<br><br>Date:      December 4, 2009<br>Time:      9:30 a.m.<br>Judge:    Magistrate Judge Gary S. Austin<br><br>Complaint Filed: January 15, 2009<br>Trial Date:  None Set |

Plaintiffs WILLIAM PFROMMER and MICHAEL WATSON (collectively "Plaintiffs") and Defendants MBLOX, INC. ("Defendant" or "mBlox") and R&D MEDIA NORTH AMERICA B.V. d/b/a GLOMOBI ("Defendant" or "R&D") hereby stipulate and respectfully request that the Court continue the hearing for Plaintiffs' Motion to Remand presently set for hearing before Magistrate Judge Gary S. Austin on December 4, 2009 and the Case Management Conference and Initial Scheduling Conference currently set for February 18, 2010.  In support of this Stipulation, the Parties state as follows:

1

1. Plaintiffs originally filed this action in the Stanislaus County Superior Court on January 15, 2009. Plaintiffs filed a First Amended Complaint on June 8, 2009.

2. This action was removed from Stanislaus County Superior Court to this court by Defendant R&D MEDIA NORTH AMERICA B.V. d/b/a GLOMOBI on August 17, 2009.

3. Good cause exists to continue the hearing dates because counsel for R&D was set for trial in another matter on October 23, 2009, but said trial has now been continued to November 17, 2009.

**NOW, THEREFORE,** the Parties hereby stipulate and agree that, with the Court's approval:

1. The hearing on Plaintiff's Motion to Remand is continued from December 4, 2009 to January 15, 2010, at 9:30 a.m., before Magistrate Judge Gary S. Austin, and

2. The Initial Scheduling Conference currently set for February 18, 2010 is continued to March 12, 2010.

3. All other deadlines related to the hearings are continued accordingly.

Dated: November 6, 2009                KAMBEREDELSON, LLC

By: /s/ Myles McGuire as authorized 11/6/09
Alan Himmelfarb
Myles McGuire
Attorney for Plaintiffs William Pfrommer
and Michael Watson


Dated: November 6, 2009                WILDMAN HARROLD ALLEN & DIXON, LLP

By: /s/ Chung-Han Lee as authorized 11/6/09
Chung-Han Lee
Attorney for Defendant mBlox, Inc.

1 | Dated: November 6, 2009

BURNHAM BROWN
By: /s/ Kevin Larson 11/6/09
    Kevin Larson
    Attorney for Defendant R&D Media
    North America B.V.

**ORDER**

**IT IS SO ORDERED.**

Dated:  November 6, 2009.

    /s/ Gary S. Austin
HON. GARY S. AUSTIN
United States Magistrate Judge

975668