Robert M. Bodzin, State Bar No. 201327
Derek H. Lim, State Bar No. 209496
Kevin M. Larson, State Bar No. 245324
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 11th Floor
Oakland, California 94612
Telephone:    (510) 444-6800
Facsimile:    (510) 835-6666
Email: rbodzin@burnhambrown.com
       dlim@burnhambrown.com
       klarson@burnhambrown.com

Attorneys for Defendant
R&D MEDIA NORTH AMERICAS B.V.
d/b/a GLOMOBI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| WILLIAM PFROMMER and MICHAEL WATSON, individually and on behalf of a class of similarly situated individuals<br><br>Plaintiffs,<br><br>v.<br><br>R&D MEDIA NORTH AMERICAS B.V. D/B/A GLOMOBI, a Dutch company, MBLOX, INC., a Delaware corporation,<br><br>Defendants. | Action No. 1:09-cv-01442-LJO-GSA<br>[Stanislaus County Superior Court Action No. 636593]<br><br>**STIPULATION TO CONTINUE HEARING ON PLAINTIFFS' MOTION TO REMAND; ORDER**<br><br>Date:   February 26, 2010<br>Time:   9:30 a.m.<br>Judge:  Magistrate Judge Gary S. Austin<br><br>Complaint Filed: January 15, 2009<br>Trial Date: None Set |

Plaintiffs WILLIAM PFROMMER and MICHAEL WATSON (collectively "Plaintiffs") and Defendants MBLOX, INC. ("Defendant" or "mBlox") and R&D MEDIA NORTH AMERICA B.V. d/b/a GLOMOBI ("Defendant" or "R&D") hereby stipulate and respectfully request that the Court continue the hearing for Plaintiffs' Motion to Remand presently set for hearing before Magistrate Judge Gary S. Austin on February 26, 2010.  In support of this Stipulation, the Parties state as follows:

///

///

1

1. Plaintiffs originally filed this action in the Stanislaus County Superior Court on January 15, 2009.  Plaintiffs filed a First Amended Complaint on June 8, 2009.

2. This action was removed from Stanislaus County Superior Court to this court by Defendant R&D MEDIA NORTH AMERICA B.V. d/b/a GLOMOBI on August 17, 2009.

3. Plaintiffs filed a Motion to Remand on October 16, 2009.  At the time this motion was filed, the Initial Case Management Conference was set for February 18, 2010.

4. The Parties herein originally sought and obtained continuances of the both the Motion to Remand and the Initial Case Management Conference because counsel for R&D was engaged in trial between October 29, 2009 and December 8, 2009.

5. Since the aforementioned trial has been completed, settlement negotiations in this matter have gained momentum and these good-faith discussions are ongoing.  Accordingly, the Parties respectfully submit that good cause exists to continue the hearing date on the Motion to Remand to allow the Parties to focus on these negotiations.  This continuance will also conserve judicial resources and promote the interests of judicial economy.

**NOW, THEREFORE,** the Parties hereby stipulate and agree that, with the Court's approval:

1. The hearing on Plaintiff's Motion to Remand is continued from February 26, 2010 to March 26, 2010, at 9:30 a.m., before Magistrate Judge Gary S. Austin, and

2. All other deadlines related to the hearings are continued accordingly.

Dated: January 4, 2010                             KAMBEREDELSON, LLC

                                                                        By:  /s/ Myles McGuire as authorized 1/4/10
                                                                                Alan Himmelfarb
                                                                                Myles McGuire
                                                                                Attorney for Plaintiffs William Pfrommer
                                                                                and Michael Watson

Dated: January 4, 2010                             WILDMAN HARROLD ALLEN & DIXON, LLP

                                                                        By:  /s/ Chung-Han Lee as authorized 1/4/10
                                                                                Chung-Han Lee
                                                                                Attorney for Defendant mBlox, Inc.

| | |
|---|---|
| Dated: January 4, 2010 | BURNHAM BROWN |
| | By: /s/ Kevin Larson 1/4/10 |
| | Kevin Larson |
| | Attorney for Defendant R&D Media |
| | North America B.V. |

## **ORDER**

Pursuant to the stipulation of the parties, the request is hereby granted.

IT IS SO ORDERED.

Dated:  January 4, 2010         /s/ Gary S. Austin
                                UNITED STATES MAGISTRATE JUDGE