| | |
|---|---|
| | **UNITED STATES DISTRICT COURT**<br><br>EASTERN DISTRICT OF CALIFORNIA |
| WILLIAM PFROMMER and MICHAEL WATSON, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>R&D MEDIA NORTH AMERICAS B.V. D/B/A GLOMOBI, a Dutch company, MBLOX, INC., a Delaware corporation,<br><br>Defendants. | 1:09-cv-01442 LJO GSA<br><br>ORDER REGARDING STIPULATION CONCERNING HEARING ON MOTION FOR REMAND AND INITIAL SCHEDULING CONFERENCE |

On October 16, 2009, Plaintiffs filed a motion to remand this action to state court. (Doc. 20.) Prior to the motion being heard, the parties filed three separate stipulations to continue the hearing date and/or the initial scheduling conference. (Docs. 22, 24 & 26.) The Court accommodated these requests. (*See* Docs. 23, 25 & 27.) On March 3, 2010, the parties filed a fourth stipulation seeking to continue the hearing and scheduling conference dates to July 16 and July 28, 2010, respectively. (Doc. 30.)

1

1 | The Court **APPROVES** the stipulation **IN PART** as follows.

2 | While the Court applauds the parties' efforts to settle this matter and preserve judicial
3 | resources (Doc. 30 at 2), because the motion has been pending for a period exceeding four
4 | months, the Court is not inclined to grant a continuance of an additional four months, to July
5 | 2010. Therefore, the Court **ORDERS**:

6 |     1.    The hearing on the motion for remand is CONTINUED from March 26, 2010, to
7 |         **May 14, 2010, at 9:30 a.m. in Courtroom 10**; and
8 |     2.    The initial scheduling conference is CONTINUED from April 21, 2010, to
9 |         **June 2, 2010, at 9:30 a.m. in Courtroom 10**.

IT IS SO ORDERED.

**Dated:**   **March 8, 2010**          /s/ **Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE