1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| WILLIAM PFROMMER and MICHAEL WATSON, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>R&D MEDIA NORTH AMERICA B.V. D/B/A GLOMOBI, a Dutch company, MBLOX, INC., a Delaware corporation<br><br>Defendants. | Case No. 1:09-cv-01442-LJO-GSA<br><br>**<u>CLASS ACTION</u>**<br><br>**ORDER GRANTING STIPULATION TO DISMISS COMPLAINT AGAINST DEFENDANT MBLOX WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)** |

The Court, having considered the Parties' Stipulation to Dismiss the First Amended Complaint Against Defendant mBlox with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1), and being otherwise duly advised in the premises, hereby ORDERS as follows:

1. The Parties' Stipulation to Dismiss the First Amended Complaint Against Defendant mBlox, Inc. With Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1) is hereby GRANTED;

2. Plaintiffs' First Amended Complaint is hereby DISMISSED with prejudice in its entirety as to Defendant mBlox, Inc. only, with each party to bear its own costs and attorneys' fees;

3. Nothing in this Order shall operate to affect the rights or status of Defendant R&D Media North Americas B.V. d/b/a Glomobi in this matter.

**IT IS SO ORDERED.**

**Dated:     March 10, 2010**                         /s/ Lawrence J. O'Neill
                                                                **UNITED STATES DISTRICT JUDGE**