**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| WILLIAM PFROMMER and MICHAEL WATSON, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>R&D MEDIA NORTH AMERICA B.V. D/B/A GLOMOBI, a Dutch company, MBLOX, INC., a Delaware corporation<br><br>Defendants. | Case No. 1:09-cv-01442-LJO-GSA<br><br>**ORDER GRANTING STIPULATION TO STAY LITIGATION AS TO DEFENDANT R&D MEDIA NORTH AMERICA B.V. d/b/a GLOMOBI PENDING FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

PROPOSED ORDER GRANTING STIPULATION TO STAY LITIGATION
Case No. 1:09-cv-01442-LJO-GSA

The Court, having considered the Parties' Stipulation to Stay this Action ("Stipulation to Stay") filed April 23, 2010, hereby ORDERS as follows:

1. There is good cause to grant the Parties' Stipulation to Stay this action for a period of ninety-one (91) days, and therefore, the request is hereby GRANTED;

2. This action, including the obligation to file any responsive pleadings, engage in discovery, or respond to any pending motion, is hereby STAYED for a period of ninety-one (91) days, through and including July 23, 2010.

3. The hearing on Plaintiffs' motion to remand currently set for May 14, 2010, at 9:30 a.m., is hereby VACATED;

4. The initial scheduling conference currently set for June 2, 2010, at 9:30 a.m., is hereby VACATED;

5. The Parties shall file a Status Report **no later than July 19, 2010**, advising the Court of the status of the proposed class action settlement in *Williams et al v. Motricity, Inc. et al*, Case No. 2009 CH 19089, now pending before the Circuit Court of Cook County, Illinois; and

6. This Court SETS this matter for a Status Conference to be held **September 15, 2010, at 9:30 a.m.** in Courtroom 10 before Magistrate Judge Gary S. Austin. Related thereto, the parties shall file a Status Conference Report **no later than September 8, 2010**.

**IT IS SO ORDERED.**

Date: April 23, 2010.

\_\_\_\_/s Gary S. Austin _____
HONORABLE GARY S. AUSTIN
UNITED STATES MAGISTRATE JUDGE