# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM PFROMMER and MICHAEL WATSON, individually and on behalf of a class of similarly situated individuals,<br><br>        Plaintiffs,<br><br>   v.<br><br>R&D MEDIA NORTH AMERICAS B.V. D/B/A GLOMOBI, a Dutch company, MBLOX, INC., a Delaware corporation,<br><br>        Defendants. | 1:09-cv-01442 LJO GSA<br><br>ORDER EXTENDING STAY IN LIGHT OF JOINT STATUS REPORT OF JULY 19, 2010<br><br>(Document 40) |

On April 26, 2010, this Court granted the parties' stipulation to stay the instant matter pending final approval of a related class action settlement. As a part of the Court's order, the parties were to file a joint status report no later than July 19, 2010, regarding the status of the proposed class action settlement in the related matter. (Doc. 38.) On July 19, 2010, the parties filed a joint status report wherein they advise the Court that the settlement agreement has not yet been executed in *Williams, et al. v. Motricity, Inc., et al.*, case number 2009 CH 19089 in the

1

Cook County Circuit Court, Illinois. The parties indicate "they are in the final stages of drafting and reviewing the settlement documents" and anticipate presenting those materials for preliminary court approval within the next thirty days. (Doc. 40, ¶ 3.) As a result, the parties ask this Court to "continue to stay this action for an additional 60 days, through and including September 14, 2010." (Doc. 40, ¶ 5.)

In light of the foregoing, the stay of these proceedings is EXTENDED through and including September 14, 2010. A status conference report is to be filed on or before September 8, 2010, in anticipation of the status conference previously calendared for September 15, 2010, at 9:30 a.m. in this Court.

IT IS SO ORDERED.

Dated: **July 21, 2010**         **/s/ Gary S. Austin**
                                 UNITED STATES MAGISTRATE JUDGE