# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM PFROMMER and MICHAEL WATSON, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>R&D MEDIA NORTH AMERICAS B.V. D/B/A GLOMOBI, a Dutch company, MBLOX, INC., a Delaware corporation,<br><br>Defendants. | 1:09-cv-01442 LJO GSA<br><br>ORDER EXTENDING STAY IN LIGHT OF JOINT STATUS REPORT OF SEPTEMBER 3, 2010<br><br>(Document 42) |

On April 26, 2010, this Court granted the parties' stipulation to stay the instant matter pending final approval of a related class action settlement. Following a July 19, 2010, joint status report, wherein the parties advised the Court that the settlement agreement has not yet been executed in *Williams, et al. v. Motricity, Inc., et al.*, the matter was continued for a further status conference to be held September 15, 2010.

1

1       On September 3, 2010, the parties filed a joint status report indicating that the Circuit
2  Court of Cook County, Illinois, granted preliminary approval of the settlement on August 27,
3  2010, and a final fairness hearing has been scheduled for December 2, 2010.  The parties request
4  this matter remain stayed pending final approval of the related class action.
5       In light of the foregoing, a stay of the instant proceedings shall continue through and
6  including January 6, 2011.  Moreover, a status conference will be held that same date at 9:30
7  a.m. in Courtroom 10.  The parties are directed to file a further joint status report no later than
8  December 30, 2010.

10      IT IS SO ORDERED.
11      Dated:   **September 13, 2010**                    **/s/ Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE

28                                                2